IN THE CIRCUIT COURT OF PIKE COUNTY, MISSOURI
ASSOCIATE JUDGE DIVISION

JENNIFER R. PHILIPS, )
    Plaintiff, )
)
vs. ) Cause No. 10PI-AC00172
)
CITIMORTGAGE, INC. )
and )
MILLSAP AND SINGER, P.C. )
    Defendants. )

## TEMPORARY RESTRAINING ORDER
## WITHOUT NOTICE

This cause coming on at the motion of Plaintiff, by and through her attorney, Kristin Perry, the Court finds as follows:

1. That threatened harm of foreclosing on Plaintiff's property is eminent on May 25, 2010.

2. Said property is located at 401 Jackson, in Louisiana, Pike County, Missouri as is described as follows:

> All of Lots Numbered Twenty-seven (27) and Twenty-eight (28) of Block One Hundred and Seven (107) of Johnson and Farber's Baker Claim Addition, also described as, Johnsons and Farbers Baker Claim Addition to the City of Louisiana, Pike County, Missouri, excepting Five (5) feet off of the West end of said lots previously deeded to the City of Louisiana, Missouri, for alley purposes.

3. That the validity of the Deed of Trust on which the foreclosure is based may be void.

4. That said foreclosure may occur before Defendants can be served notice and a hearing can be held on a preliminary injunction.

5. That Plaintiff has no adequate remedy at law.

6.  That Plaintiff will have immediate and irreparable injury, loss, or damage that will result, in the absence of injunctive relief, in that the title to her home may be transferred and she will risk eviction.

IT IS THEREFORE, CONSIDERED, ORDERED, AND ADJUDGED that Defendants CitiMortgage, Inc. and Millsap & Singer, P.C., and Defendants' respective officers, agents, representatives, employees, and successors, and all other persons in active concert and participation with Defendants be and they hereby are restrained and enjoined from allowing the foreclosure sale of the above described property of Plaintiff.

IT IS FURTHER ORDERED that this order shall be effective from and after 3:15 P.M. (time) on the 11th day of May, 2010, that hearing on the Temporary Restraining Order be held on the 10th day of June, 2010, and that notice of Lis Pendens be filed with the Recorder of Deeds of Pike County, Missouri;

IT IS FURTHER ORDERED that Plaintiff not be required to post a bond with this Court.

SO ORDERED:

5/11/10
Date

Judge of the Associate Circuit Court
Pike County, Missouri